Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00480-CV

Adibeh J. **ALBERT**,
Appellant

v.

**KAL-DEAN INDUSTRIES, INC.**, A. Dean Ismail, and Pal-Tex Investments, Inc.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2006CVF1673D3
Honorable Elma T. Salinas Ender, Judge Presiding

PER CURIAM

Sitting:     Catherine M. Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  August 3, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP.

P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d) (absent

agreement of the parties, costs are taxed against appellant).


                                        PER CURIAM